UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:13 CR 151 - 03 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| OHIO TRANSPORT CORPORATION, | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| Defendant | ) | REFERRAL TO U. S. PROBATION |
| | ) | OFFICE |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Greg White, regarding the change of plea hearing of Ohio Transport Corporation, which was referred to the Magistrate Judge with the consent of the parties.

On March 27, 2013, the government filed a five-count Indictment, charging Defendant Ohio Transport Corporation, with theft of Public Money in violation of Title 18 United States Code Section 641. Defendant Ohio Transport Corporation was arraigned on April 11, 2013, and entered a plea of not guilty to Count 1, before Magistrate Judge Greg White. On September 9, 2013, Magistrate Judge Greg White, received Defendant Ohio Transport Corporation's plea of guilty to Count 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Ohio Transport Corporation is found to be competent to enter a plea and to understand its constitutional rights. Ohio Transport Corporation is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Ohio Transport Corporaion is adjudged guilty to Count 1 of the Indictment, in violation of Title 18 United States Code, Section 641, Theft of Public Money. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on December 17, 2013, at 10:00 a.m., in Courtroom 19-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

October 3, 2013